**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Richard Roy BAXTER, Defendant—**
**Appellant.**

**United States of America,**
**Plaintiff—Appellee,**

v.

**Richard Roy Baxter, Defendant—**
**Appellant.**

**Nos. 07–10600, 08–10009.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2008.*

Filed Nov. 24, 2008.

Darcy A. Cerow, AUSA, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Tyrone Mitchell, Esq., Phoenix, AZ, for Defendant–Appellant.

Before: WALLACE, LEAVY, and THOMAS, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Richard Roy Baxter appeals from the 20–month sentence imposed upon revocation of supervised release in District Court Case

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

No. 01–00748. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Baxter contends that the district court erred at sentencing by failing to consider the factors set forth in 18 U.S.C. § 3553(a). He also contends that his sentence is unreasonable in light of those factors. We conclude that the district court did not commit procedural error, and that Baxter's sentence is substantively reasonable. *See Rita v. United States,* 551 U.S. 338, 127 S.Ct. 2456, 2468–69, 168 L.Ed.2d 203 (2007); *Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 598–602, 169 L.Ed.2d 445 (2007); *see also United States v. Simtob,* 485 F.3d 1058, 1062–63 (9th Cir.2007).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.